COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-10-054-CV

JEANNA NICOLE ARNOLD
 
APPELLANT AND APPELLEE

V.

MATTHEW PRICE
 APPELLEE AND APPELLANT

 
 

----------

FROM THE 324TH DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellee’s Motion To Dismiss Cross Appeal,” filed by Matthew Price.  It is the court’s opinion that the motion should be granted; therefore, we dismiss the cross-appeal of Matthew Price.  
See
 
Tex. R. App. P.
 42.1(a)(1), 43.2(f).

Costs of the cross-appeal shall be paid by the appellee
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL:  LIVINGSTON, DAUPHINOT, and GARDNER, JJ.

DELIVERED:  April 15, 2010

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.